UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT CR-10-8 DWF/RLE |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. § 2422(b)) |
| | ) | (18 U.S.C. § 2423(b)) |
| v. | ) | |
| | ) | |
| GABRIEL VITALI MATTHIAS, | ) | |
| f/k/a Benjamin Wayne Gill, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Travel with Intent to Engage in Illicit Sexual Conduct)
18 U.S.C. § 2423(b)

On or about February 16, 2009, in the State and District of Minnesota and elsewhere, the defendant,

**GABRIEL VITALI MATTHIAS,**
f/k/a Benjamin Wayne Gill,

did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with T.B. and N.H., minors who had not attained the age of 16 years, and which conduct would be in violation of Chapter 109A of Title 18 United States Code, namely Section 2243(a), Sexual Abuse of a Minor or Ward, and Section 2244, Abusive Sexual Contact, if the sexual acts had occurred in the territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 2423(b).

SCANNED
JAN 12 2010
U.S. DISTRICT COURT MPL'

FILED JAN 12 2010
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK'S INITIALS

United States v. Gabriel Vitali Matthias

## COUNT 2
(Coercion and Enticement)
18 U.S.C. § 2422(b)

On or about April 23, 2009, in the State and District of Minnesota and elsewhere, by using facilities of and means of interstate commerce, the defendant,

**GABRIEL VITALI MATTHIAS,**
f/k/a Benjamin Wayne Gill,

did knowingly persuade, induce, entice, and coerce T.B., a minor who had not yet attained the age of 16 years, to engage in sexual activity for which the defendant can be charged with a criminal offense, namely, criminal sexual conduct in violation of Minn. Stat. sec. 609.344(b).

All in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                 FOREPERSON